IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ECLIPSE AVIATION CORPORATION, *et al.*,[*]<br><br>        Debtors. | Chapter 11<br>Case No. 08-13031 (MFW)<br><br>Jointly Administered |
| VERMEER MANUFACTURING COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ECLIPSE AVIATION CORPORATION, KINGS ROAD INVESTMENTS LTD., and JOHN DOES 1 THROUGH 1,000,<br><br>        Defendants. | Adv. Proc. No. 08-51904 (MFW) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, between the plaintiff, Vermeer Manufacturing Company, and the named defendants, Eclipse Aviation Corporation, by and through their respective counsel, that this adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees.

---

[*] The debtors in these jointly administered cases are Eclipse Aviation Corp. and Eclipse IRB Sunport, LLC.

{00333576;v1}

| | |
|---|---|
| ASHBY & GEDDES | COOCH AND TAYLOR P.A. |
| *(signature)* | *(signature)* |
| William P. Bowden (#2553) | Adam Singer (#2472) |
| Gregory A. Taylor (#4008) | M. Claire McCudden (#5036) |
| Andrew D. Cordo (#4534) | The Brandywine Building |
| 500 Delaware Ave., 8th Floor | 1000 West Street, 10th Floor |
| P.O. Box 1150 | P.O. Box 1680 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1680 |
| Telephone: (302) 654-1888 | Telephone: (302) 984-3800 |
| Facsimile: (302) 654-2067 | Facsimile: (302) 984-3939 |

*Counsel for Plaintiff*

*Counsel for the Chapter 7 Trustee*
RICHARDS, LAYTON & FINGER, P.A

*(signature)*

John H. Knight (#3858)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7512
Facsimile: (302) 498-7512

-and-

Benjamin Hoch
Andrew Ment
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

*Counsel for Kings Road Investments Ltd.*

Dated: September 21, 2009